# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.  3/28/2025

The conference presently scheduled for April 1, 2025 is adjourned to May 28, 2025 at 11 AM. The adjournment is necessary to allow defense to review discovery and for the parties to discuss a potential pretrial resolution in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 1, 2025 and May 28, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. Yoni Ocampo Rodriguez**
**25 Cr. 26 (VSB)**

Dear Judge Broderick:

I write with the government's consent to respectfully request a 45-day adjournment of the status conference in the above-captioned matter, currently scheduled for April 1, 2025, to allow additional time for Mr. Ocampo to review the discovery and for the parties to discuss a potential pretrial resolution in this matter. This is Mr. Ocampo's first request for an adjournment.

The defense understands that the Court is available on May 28, 2025 at 11 am; the parties are available for a conference then.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Yoni Ocampo Rodriguez*

cc:    Counsel of record

2

**SO ORDERED:**

_____

**HON. VERNON S. BRODERICK**
United States District Judge