# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Southern District
*Jennifer L. Brown*
Attorney-in-Charge

September 8, 2025

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Yoni Ocampo Rodriguez**
     **25 Cr. 26 (VSB)**

Dear Judge Broderick:

The parties write jointly to propose the following schedule for Rule 12 motions in the above-captioned matter.

The parties are continuing to work on a pretrial disposition of this matter that we believe will obviate motions practice. If we are unable to reach such a resolution, the defense respectfully requests until November 14, 2025 to file motions. The government requests until December 5, 2025 to respond, with the defense's reply due on December 12, 2025.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Yoni Ocampo Rodriguez*

Dated: September 9, 2025

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.